No. 603. BEILFUSS v. CALIFORNIA. Appeal from the District Court of Appeal, 2d Appellate District, of California. February 7, 1944. *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code as amended, 28 U. S. C., § 344 (c), certiorari is denied. *Mr. Morris Lavine* for appellant. *Messrs. Robert W. Kenny,* Attorney General of California, and *Frank Richards,* Deputy Attorney General, for appellee. ■

No. —. EX PARTE NORMAN BAKER;
No. —. EX PARTE CHARLES JANULIS; and
No. —. EX PARTE CHARLES E. RAGGIO. February 7, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. EX PARTE GARFIELD J. KELLY. February 7, 1944. Application denied.

No. 11, original. ILLINOIS v. INDIANA ET AL. February 7, 1944. The motion of the State of Indiana to dismiss is denied without prejudice to any question presented, *Wisconsin* v. *Illinois,* 270 U. S. 634. The replies of the complainant to the answers are received and ordered filed.